# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) ) | Case No.   6:15MJ056 SAB |
| VAUGHN CHARLES MORRILL, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before:   U.S. District Court, Yosemite on September 29, 2015 at 10:00 AM before Magistrate Judge Michael J. Seng
*Place*

(5) The defendant shall not have any contact with the victim in this case unless an adult third party is present.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 7/24/15

*Defendant's signature*

Date: **Jul 24, 2015**

*Judicial Officer's Signature*

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*