HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
VAUGHAN CHARLES MORRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-MJ-00056 SAB-1 |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING AND SET CHANGE OF PLEA |
| vs. | |
| VAUGHAN CHARLES MORRILL, | DATE:   September 30, 2015<br>TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing currently set for September 29, 2015, be vacated and that a change of plea hearing be set for September 30, 2015, at 10:00 a.m., before The Honorable Michael J. Seng.

Mr. Morrill is able to be personally present for the change of plea on September 30, 2015, or as soon thereafter as the court is available.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 25, 2015 | | By: | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>VAUGHAN C. MORRILL |
| DATED: September 25, 2015 | | By: | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Legal Officer<br>National Park Service<br>Yosemite National Park |

**O R D E R**

GOOD CAUSE APPEARING, the above Stipulation in case No. 6:15-mj-00056 SAB-1 is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   September 28, 2015                    /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE