HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
VAUGHAN CHARLES MORRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00056-SAB |
| Plaintiff, | MOTION TO VACATE AUGUST 23, 2016 REVIEW HEARING; ORDER |
| vs. | |
| VAUGHAN CHARLES MORRILL, | |
| Defendant. | |

Defendant Vaughan Charles Morrill hereby requests that the Court vacate the August 23, 2016 review hearing, as Mr. Morrill is in full compliance with the terms of his probation.

On September 30, 2015, the Court sentenced Mr. Morrill to twelve months of unsupervised probation, with the conditions that he obey all laws, pay a $10 special assessment, serve one day of custody with credit for one day served, complete fifty hours of anger management, and advise the court and prosecutor within seven days of being cited or arrested for any alleged violation of law.  Mr. Morrill has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 17, 2016         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
VAUGHAN CHARLES MORRILL

## **O R D E R**

The Court finds that Mr. Morrill has fully complied with the conditions of his probation and, therefore, the Court vacates the review hearing scheduled for August 23, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 17, 2016         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE